STATE of Missouri, Respondent,

v.

### Kelvin MOSBY, Appellant.

### No. ED 96905.

Missouri Court of Appeals, Eastern District, Division Two.

June 5, 2012.

Ellen H. Flottman, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Robert J. Bartholomew, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

The defendant, Kelvin Mosby, appeals the judgment entered by the Circuit Court of St. Louis County following his conviction by a jury of two counts of first-degree statutory sodomy involving a child under the age of twelve, in violation of section

566.062 RSMo. (Supp.2011). The trial court sentenced the defendant as a prior offender to two concurrent terms of thirteen years of imprisonment. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b)